AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

☑ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br>4227 JENIFER ST., N.W., WASHINGTON, D.C. AND<br>ELECTRONIC DEVICES THEREIN | )<br>)<br>)<br>)   Case No.   21-sw-145<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Columbia _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A hereto

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B hereto

**YOU ARE COMMANDED** to execute this warrant on or before _____ June 1, 2021 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Robin M. Meriweather _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   _____ May 19, 2021 _____

Robin M. Meriweather
2021.05.19 21:18:50 -04'00'
*Judge's signature*

City and state:   Washington, District of Columbia

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 21-sw-145 | 5/20/2021 0612hrs | May M. Salehi |

Inventory made in the presence of :                     May M. Salehi

Inventory of the property taken and name(s) of any person(s) seized:

IPhone model number A1660
Sony cyber shot camera model number DSC-Wx9 with a blue Sandisk SD card BH11003160400
At& T sim card 89014103273080966546
I Phone 6s black in color serial number FK1 v913whflm
Macbook Pro with power cord Model Number A 1278 Serial Number C 1 mqjdskdty3
Motorola micro sd card 2006-10-21 C
Silver Dell lnspiron Service tag 560y5p2
iPad pink in color Model No. a2270 Serial No. Dmpfl6mbq1gf
iPhone white in color Serial No. C7DCG727N72K
HP Elite Book Serial No. 2TK02009QK
Notepad letter sized
manila folder with gray folder inside

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:        5/20/2021

*Christopher Swenson*
_____
*Executing officer's signature*

SA Christopher Swenson, Special Agent , US State Department OIG
_____
*Printed name and title*